MICHAEL BAILEY
United States Attorney
District of Arizona
SCOTT A. TURK
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: scott.turk@usdoj.gov
Attorneys for Plaintiff

FILED

2019 JUL 24  PM 5: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Saul Corrales-Contreras,
aka Saul Corrales-Contrerras,
aka Saul Corrales Contreras,

    Defendant.

CR19-01934 TUC-RCC(DTF)

I N D I C T M E N T

Violations:
8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))

(Illegal Reentry)

**THE GRAND JURY CHARGES:**

On or about June 26, 2019, at or near Sasabe, in the District of Arizona, Saul Corrales-Contreras, aka Saul Corrales-Contrerras, aka Saul Corrales Contreras, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near El Paso, Texas, on or about July 29, 2014, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of

///

Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

Assistant United States Attorney

Dated:  July 24, 2019