MICHAEL BAILEY
United States Attorney
District of Arizona
SCOTT A. TURK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Scott.Turk@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-01934-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Saul Coralles-Contreras, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum in the above-captioned matter. Sentencing is currently set for November 25, 2019 before the Honorable Senior District Court Judge Raner C. Collins.

Having reviewed the findings and recommendations in the Presentence Investigation Report ("PSR"), the Government has no objection to the guideline calculations and respectfully requests that this Court accept the plea agreement entered into by the parties in this matter. Consistent with our office policy, the Government will not withdraw from the plea agreement should Defendant seek, and the Court grant, a variance from the advisory sentencing guidelines. The Government hereby moves this Court to apply a one-level reduction in the offense level pursuant to U.S.S.G. § 5K3.1, commonly referred to as "fast–track," and further moves this Court to apply an additional one-level

///

reduction for timely notification of the intent to plead guilty pursuant to U.S.S.G. § 3E1.1(b).

The Government concurs with the recommended sentence of 13 months and 1 day incarceration followed by 3 years supervised release with the special condition as listed in the PSR.  The Government recommends this sentence and requests that the Court not grant a downward variance and/or lower incarceration time for the following reasons.

While the defendant does not have an extensive criminal history, his one prior criminal offense is significant.  Back in 2013, the defendant illegally entered this country with a guide while transporting 146.8 pounds of marijuana with others and was to be paid $2000.  (PSR ¶ 21.)  He was convicted of Attempted Sale of Marijuana and sentenced to two years in prison.  *Id*.  While in prison, he disobeyed a verbal or written order.  *Id*.  This all occurred after he was already removed from this country once and caused the defendant to be removed again.  (PSR ¶ 28.)  Even though the defendant only has two known prior illegal crossings into the United States, based on his removals, he will continue to be motivated to come here based on financial need and earnings potential.  (PSR ¶¶ 37-38.)  A prison sentence just beyond 13 months, while less than the prior two year sentence, is in the interest of justice because it balances all the above along with his lack of extensive criminal background and illegal reentries, and provides the defendant additional incentive not to return due to three criminal history points for this offense, instead of two, and a possible higher criminal history category if he were to return to the United States in the future. A period of three years supervised release will provide additional incentive, at least for the next three years, as he would possibly get a consecutive sentence for the illegal return as well as the supervised release violation.

As such, the recommended sentence is appropriate and consistent with the application of the sentencing factors outlined in 18 U.S.C. § 3553(a).  It takes into consideration the defendant's characteristics, including his criminal and immigration history. It reflects the seriousness of his conduct, promotes respect for the law, and

/ / /

provides a just punishment that would afford adequate deterrence while protecting the public from further crimes of the defendant.

Respectfully submitted this 21st day of November, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Scott A. Turk*

SCOTT A. TURK
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 21st day of November, 2019, to:

Mark Francis Willimann, Esq.

Brian D. Swane, USPO

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /